UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:21-cr-00103 |
| | § | |
| MOHAMED M. MOKBEL | § | |

### GOVERNMENT'S RESPONSE OPPOSING MODIFICATION OF DEFENDANT MOKBEL'S TRAVEL RESTRICTIONS

The United States is opposed to the defendant being permitted to travel within the United States without requesting prior permission from the court because such travel risks non-appearance and could threaten the safety of the community.

### Background and Argument

Defendant Mohamed Mokbel has not demonstrated he can be fully compliant with pre-trial conditions of release. His ownership and operation of MK Pharmacy post-indictment and during his initial conditions of release show the defendant is committed to ongoing criminal activity while on release. (Doc. 99). The activities of continuing to solicit patients for prescriptions they didn't need and delivering such products presented a threat to the community.

Furthermore, the defendant has also shown he is capable of organizing criminal activity across interstate lines. Such actions led to his indictment in the Southern District of Florida for a health care fraud conspiracy in April 2021. *See*

1

USA v. Mokbel, et. al., 0:21cr60113. Additionally, the Second Superseding Indictment involves a bribery charge where the recipient of the bribes lived and worked in the Central District of California. Evidence at trial would show the defendant met this individual in person in California to initiate the unlawful arrangement. In this case, there are indicted and unindicted co-conspirators whose safety or testimony may be at risk should the defendant be granted free reign to travel anywhere within the United States he chooses. Finally, the bribery charge relies on a set of evidence that is different from the underlying health care fraud allegations and an additional charge of this nature may give the defendant reason to flee.

## Conclusion

There is no compelling reason cited by the defendant to allow unrestricted travel while these charges are pending.

In the alternative, the United States proposes the defendant continue to seek permission prior to travel. The United States has agreed to permit the defendant to travel for his court appearances and trial preparation in the Southern District of Florida. Should the defendant need to travel, the United States requests he seek permission on a case-by-case basis so that the safety of the community including potential trial witnesses is protected.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Abdul Farukhi*
Special Asst. U.S. Attorney
1000 Louisiana St., #2300
Houston, Texas 77002
713-567-9555
Abdul.Farukhi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed on July 4, 2023 and a copy served electronically by email to Charles Flood, counsel of record.

*/s/ Abdul Farukhi*
Special Asst. U.S. Attorney

3