UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Criminal Number: H-4:21-cr-00103 |
| | § |
| MOHAMED MOKBEL, | § |
| | § |
| Defendant. | § |

**NOTICE OF SECOND STIPULATION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE UNITED STATES OF AMERICA by and through its United States Attorney, and Defendant MOHAMED MOKBEL, by and through his counsel, and respectfully places this Honorable Court on notice of the following Stipulation between the United States and Defendant Mohamed Mokbel, as described herein:

**STIPULATION NUMBER 2**

The defendant Mohamed Mokbel and the United States hereby stipulate that:

1. Jeannette McGarthy would testify that she suffers from diabetes, kidney disease, low blood pressure, and Chron's disease. Ms. McGarthy is 73 years old and has been a Medicare beneficiary since she turned 65 years old. Ms. McGarthy has had diabetes for a long time, but she does not regularly test her blood sugar. Ms.

1

McGarthy's blood sugar is only tested when she goes to the doctor's office. In 2019, Dr. Adnan Rafiq was Ms. McGarthy's primary care physician. Ms. McGarthy uses her local CVS Pharmacy to obtain her prescription medications for ten years or more. Ms. McGarthy recalls a period of time when topical creams started showing up at her house via the United States Postal Service. Ms. McGarthy would testify that the photos in Government's Exhibit 1106 accurately reflects the Calcipotriene that started to appear at her door step via the United States Postal Service. Ms. McGarthy received a lot of Calcipotriene that she did not need or ever use. Ms. McGarthy has never spoken to a health care provider about Calcipotriene or needing anything for a skin condition. Ms. McGarthy does not know Mace RX Pharmacy, One Choice Pharmacy, or Primary Care Pharmacy. Ms. McGarthy would testify that Government's Exhibit 1102, a prescription request to Dr. Rafiq, was not authorized by Ms. McGarthy. Ms. McGarthy did not authorize any prescriptions requests from Mace RX Pharmacy, One Choice Pharmacy, or Primary Care Pharmacy to be sent to her doctor. Ms. McGarthy did not authorize anyone to sell her Medicare identification number or other personal health information. Ms. McGarthy did not authorize Mace RX Pharmacy, One Choice Pharmacy, or Primary Care Pharmacy to bill her Medicare Prescription Drug Plan for any medications.

_____
Charles Flood

_____
John Cline

_____
Mohamed Mokbel

_____
Adam Laurence Goldman
Assistant United States Attorney

_____
Kathryn Leigh Olson
Assistant United States Attorney