United States District Court
Southern District of Texas
**ENTERED**
October 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Government, | § |
| VS. | § CRIMINAL ACTION NO. H-21-103-1 |
| MOHAMED MOKBEL | § |
| Defendant. | § |

## ORDER

The Court will provide the lunch meal for the jury on October 14, 2024, and during deliberations. This order directs the Financial Section of the Clerk's Office to reimburse costs to provide the meal.

SIGNED on October 2, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge