United States District Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-21-103 |
| | § | |
| MOHAMED M. MOKBEL | § | |

## ORDER

The defendant filed an unopposed motion for continuance of the presentence investigation report deadlines, (Docket Entry No. 349). The motion for continuance is granted.

Objections to the report, or a statement of no objections, are due by February 10, 2025.
The final report and an addendum must be submitted by February 24, 2025.
Sentencing reset for **March 19, 2025, at 10:30 a.m.**

SIGNED on December 12, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge