United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-21-103-1 |
| | § | |
| | § | |
| MOHAMED M. MOKBEL. | § | |

**ORDER**

The defendant filed an unopposed motion to continue sentencing, (Docket Entry No. 370).

The motion for continuance is granted.

Sentencing reset for **June 18, 2025, at 9:30 a.m.**

SIGNED on March 3, 2025, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge