# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:21−cr−00103

Mohamed M Mokbel

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Mohamed M Mokbel as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/12/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Sentencing

Date: August 26, 2025                                       Nathan Ochsner, Clerk